

# Case Assignment
# Standard CivilAssignment

Case number **3:10CV-10-S**

Assigned : Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : James D. Moyer
Magistrate Judge Code : 44AN

Assigned on 01/06/2010