**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**DIANE C. REDMOND**                                                          **PLAINTIFF**

vs                                                          **CIVIL ACTION NO. 3:10-CV-10-S**

**ELIZABETHTOWN MOTORS, INC.**                                  **DEFENDANT**

**ORDER**

Magistrate Judge having notified the Court of a settlement in this matter as a result of settlement negotiations conducted by Magistrate Judge James D. Moyer (DN# 40), **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty-five (35) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:   August 14, 2013

                                                       **Charles R. Simpson III, Senior Judge**
                                                          **United States District Court**

cc: Counsel of Record